IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STEVEN RAY FRITTS AND MONTE EDWIN MUELLER,  Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| JOE CHINN,  Defendant. | Case No. 2:12-CV-307  Judge Dee Benson |

     Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on September 21, 2012, recommending that this case be dismissed without prejudice for the Plaintiffs' failure to follow the Court's Order and the Rules of Federal Civil Procedure.

     The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after being served with a copy. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 9th day of October, 2012.

_____
Dee Benson
United States District Judge